# NO. 12-15-00126-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF T. W.,* | § | *APPEAL FROM THE 392ND* |
| *C. W., JR., W. W., S. W. AND D. W.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *HENDERSON COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

On May 8, 2015, D.G.M. filed a pro se "Notice of Partial Appeal" complaining of the trial court's order striking the intervenor (D.G.M.) and his pleadings without prejudice. On May 20, 2015, this court notified D.G.M., pursuant to Texas Rule of Appellate Procedure 37.2 and 42.3, that the information received in this appeal does not contain a final judgment or other appealable order. *See Metromedia Long Distance, Inc. v. Hughes*, 810 S.W.2d 494, 499 (Tex. App.–San Antonio 1991, writ denied) (recognizing order dismissing or striking petition in intervention may not be appealed by intervenor before entry of final judgment). D.G.M. was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before June 19, 2015, to show the jurisdiction of this court. The deadline for amendment has passed, and D.G.M. has not shown the jurisdiction of this court. Accordingly, the appeal is *dismissed*, **as to D.G.M. only**, *for want of jurisdiction*. *See* TEX. R. APP. P. 37.2, 42.3.

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 8, 2015

NO. 12-15-00126-CV

## IN THE INTEREST OF T. W., C. W., JR., W. W., S. W. AND D. W., CHILDREN

Appeal from the 392nd District Court

of Henderson County, Texas (Tr.Ct.No. FAM 15-0010-392)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal as to D.G.M. only, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction <u>as to D.G.M. only</u>**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*